UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARON THOMPSON (#129901)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 06-692-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 15, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, these proceedings are stayed and the Clerk of Court shall mark this action closed for statistical purposes. Further, the Court shall retain jurisdiction in this matter and the petitioner be allowed to file a motion to re-open these proceedings within thirty (30) days after the Louisiana Supreme Court issues its ruling on the issues raised in the petitioner's post-conviction relief proceedings.

Baton Rouge, Louisiana, January 26, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA