UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARON THOMPSON (#129901)

CIVIL ACTION

VERSUS

NO. 06-692-BAJ-DLD

STATE OF LOUISIANA, ET AL

**RULING**

The Court has carefully considered the petition, the motion to dismiss, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby on August 29, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss (doc. 16) is denied and the application for a writ of habeas corpus is dismissed, with prejudice.

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA